**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DAVID BRESEE,

      Plaintiff,

v.                                    Case No: 3:13-cv-1022-J-39PDB

SCHOOL BOARD OF UNION
COUNTY,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") (Doc. 25) issued by United States Magistrate Judge Barksdale recommending that David Bresee's ("Plaintiff") Motion for Leave to Amend the Complaint (Doc. 12) be granted and the School Board of Union County's ("Defendant") Motion to Dismiss Plaintiff's Whistle-Blower Claim (Doc. 6) be terminated as moot. Defendant filed an objection (Doc. 26) to the findings and recommendation of the Magistrate Judge. After due consideration and independent review of the file, this Court adopts the recommendation of the Magistrate Judge.

Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 25) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Leave to Amend the Complaint (Doc. 12) is **GRANTED**.

3.  Defendant's Motion to Dismiss Plaintiff's Whistle-Blower Claim (Doc. 6) is

    **TERMINATED** as moot.

    **DONE** and **ORDERED** in Jacksonville, Florida this ___20th___ day of March, 2014.

                                    _____
                                    BRIAN J. DAVIS
                                    United States District Judge

mw

Copies furnished to:

Counsel of Record
*Pro Se* Parties, if any